# STATE SUPREME COURT
## Judges, Officers, Proceedings, Sessions and Opinions

## SUPREME COURT of OHIO
### COLUMBUS

Chief Justice—C. T. Marshall, Zanesville.

Clerk—Seba H. Miller, Springfield.

Regular Term—First Tuesday after first Monday of January, at Columbus.

Reporter—John W. L. Henney, Columbus; Bell

Assistant Reporters—Clinton Collins, H. L. Connett, Columbus.

### LAW LIBRARY

Librarian—John W. Shaw, Troy.

Assistants—Robert L. Hoyt, James P. Martindale, A. W. Buckmaster, W. W. McDonald, all of Columbus; Philip Allen, New Lexington.

## SUPREME COURT
## Proceedings

### GENERAL DOCKET
#### Saturday, December 30, 1922

15694. Calvin C. Rutledge v. The State Medical Board of the State of Ohio; error to the Court of Appeals of Wood county. Judgment reversed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

16662. The State, ex rel. John G. Price, Attorney General, v. The Cleveland-Columbus Realty Co. et al. In Quo Warranto. Cause reinstated on the trial docket and dismissed upon application of relator; costs paid; no record.

17048. Joseph Zajachuck v. The Willard Storage Battery Co.; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Robinson, Jones, Matthias and Clark, JJ., concur. Wanamaker, J., dissents.

17312. City of Portsmouth v. The Nicola Building Co.; certified by the Court of Appeals of Scioto county. Judgment affirmed. Hough, Robinson, Jones and Matthias, JJ., concur. Clark, J., dissents. Wanamaker, J., took no part in the consideration or decision of the case.

17334. The John H. McGowan Co. v. The City of Portsmouth; error to the Court of Appeals of Scioto county. Judgment affirmed. Marshall, C. J., Hough, Robinson, Jones, Matthias and Clark, JJ., concur. Wanamaker, J., took no part in the consideration or decision of the case.

17341. The City of Youngstown v. The First National Bank of Youngstown; error to the Court of Appeals of Mahoning county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17350. City of Lima v. The Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order affirmed. Hough, Robinson, Jones and Matthias, JJ., concur. Marshall, C. J., and Wan-amaker, J., dissent. Clark, J., took no part in the consideration or decision of the case.

17354. The Citizens Savings & Trust Co., Trustee, et al. v. The Cincinnati and Dayton Traction Co. et al.; error to the Court of Appeals of Butler county. Judgment affirmed in part and reversed in part. Cause remanded. Marshall, C. J., Hough, Wanamaker, Robinson, Jones and Matthias, JJ., concur. Clark, J., took no part in the consideration or decision of the case.

17387. Rodney J. Sanborn v. Mamie Sanborn; error to the Court of Appeals of Lawrence county. Judgment reversed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17464. The Ohio River & Western Railway Co. v. The Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order reversed. Marshall, C. J., Hough, Robinson, Jones and Clark, JJ., concur.

17473. James Cornwell v. State of Ohio; error to the Court of Appeals of Franklin county. Judgment reversed. Marshall, C. J., Hough, Wanamaker, Robinson and Jones, JJ., concur.

17474. The State, ex rel. William H. Lueders, as Probate Judge of Hamilton County, v. E. S. Beaman, as County Auditor of Hamilton County. In mandamus. Writ denied. Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17475. The State, ex rel. John G. Price, Attorney General, et al. v. William H. Lueders, as Probate Judge of Hamilton County. In mandamus. Writ denied. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17693. The State, ex rel. James M. Coss et al. v. S. E. Forney et al. In mandamus. Dismissed on authority of Miner v. Witt, 82 Ohio St., 237. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17756. In re Exceptions of the Prosecuting Attorney of Seneca County in the case of Ohio v. Clem Corwin; exceptions to the Common Pleas Court of Seneca county. Exceptions sustained. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

### GENERAL DOCKET
#### Tuesday, January 2, 1923

17795—The State, ex rel. Herman W. Eavey, County Commissioner-elect for Greene County v. Harvey C. Smith, Secretary of State. In Mandamus. Write allowed. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

### MOTION DOCKET

17450. Detroit & Cleveland Navigation Co. v. Colby Hade. Motion and amended motion by defendant to dismiss petition in error as of right in Cause No. 17450 on the General Docket. Overruled.